# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00076-MHC
## USA v. Joseph
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 07/10/2018.

TIME COURT COMMENCED: 10:00 A.M.    COURT REPORTER: Judith Wolff
TIME COURT CONCLUDED: 10:40 A.M.    CSO/DUSM: D Lee
TIME IN COURT: 00:40                USPO: Lisa Moore
OFFICE LOCATION: Atlanta            DEPUTY CLERK: Lynn Beck

| | |
|---|---|
| DEFENDANT(S): | [1]Lino Joseph Present at proceedings |
| ATTORNEY(S) PRESENT: | Stephen Johnson representing Lino Joseph<br>Jolee Porter representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | No objections to PSR by defendant or the Government. PSR adopted by the Court. Guideline calculations and sentencing options set forth by Court. Parties presented argument regarding a reasonable sentence. Court advised defendant of his right of allocution. Sentence pronounced. See J&C for details. 3553 factors given by the Court. No objections announced by parties. Appeal rights given. |
| HEARING STATUS: | Hearing Concluded |